## MARION DAVIS *v.* FAMILY DOLLAR STORE

The plaintiff's petition for certification for appeal from the Appellate Court, 78 Conn. App. 235 (AC 23127), is granted, limited to the following issue:

"Did the Appellate Court properly determine that General Statutes § 52-592 should not apply in cases such as the present action in which the plaintiff delivered the complaint in a timely manner to a sheriff, and, due to the sheriff's actions, default or negligence, the complaint was not served?"

The Supreme Court docket number is SC 17058.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Christopher J. Molyneaux,* in support of the petition.

Decided September 18, 2003

## MICHAELA I. ALEXANDRU *v.* WEST HARTFORD OBSTETRICS AND GYNECOLOGY, P.C.

The plaintiff's petition for certification for appeal from the Appellate Court, 78 Conn. App. 521 (AC 23620), is denied.

*Michaela I. Alexandru,* pro se, in support of the petition.

*Melinda S. Monson,* in opposition.

Decided September 18, 2003

## MARY PAOLELLA *v.* ESTATE OF WILLIAM PAOLELLA

The plaintiff's petition for certification for appeal from the Appellate Court (AC 24084) is denied.